IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **V.** | ) CR. NO. 07-00242-CG |
| | ) |
| **ARNOLD KNIGHT,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

This matter came on for a competency hearing on April 2, 2008, at which the parties advised that they had no additional evidence to present in addition to the evaluation from the Federal Detention Center in Miami, Florida.  Therefore, the court adopts the findings of the Bureau of Prison's Psychological Evaluation dated January 7, 2008, and finds by a preponderance of the evidence that the defendant, Arnold Knight, is competent to stand trial.

As the defendant advised the court that he intended to plead to the indictment, a change of plea hearing is hereby scheduled for **Wednesday, April 23, 2008, at 9:00 a.m.**, to be held in courtroom 2B, United States Courthouse, Mobile, Alabama.

The United States Marshal is **ORDERED** to produce the defendant for that hearing.

**DONE and ORDERED** this 8th day of April, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE