IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ARNOLD KNIGHT, ) | |
| ) | |
|    Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION 15-0528-CG-M |
| ) | CRIMINAL NO. 07-00242-CG-M |
| UNITED STATES OF AMERICA, ) | |
| ) | |
|    Respondent. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Petitioner's Motion to Vacate (Doc. 62) be DENIED and that this action be **DISMISSED**.  It is further **ORDERED** that any certificate of appealability filed by Petitioner be **DENIED** as he is not entitled to proceed *in forma pauperis* on appeal.

**DONE and ORDERED** this 21st day of March, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE