IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ARNOLD KNIGHT, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | CIVIL ACTION 15-0528-CG-M<br>CRIMINAL NO. 07-00242-CG-M |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Respondent, the United States of America, and against Petitioner, Arnold Knight.

**DONE and ORDERED** this 21st day of March, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE